

# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2021

No. 04-20-00583-CV

Kevin **DOTY** and Elizabeth Doty,
Appellants

v.

Richard **DAVIDSON** and Javline Ranch (a General Partnership), a/k/a Javelin Ranch, a/k/a Javelin Ranch, LP,
Appellees

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-15-100
Honorable Leonel Alejandro, Judge Presiding

# O R D E R

The district clerk is ordered to file a supplemental clerk's record containing: (1) the Order Granting Plaintiffs' Amended Motion for Summary Judgment signed on November 19, 2018; (2) the Order Denying Defendants' Second Amended Motion for Summary Judgment signed on November 6, 2020; (3) the Order Granting a Severance signed on November 6, 2020; and (4) any other pleadings listed in the November 6, 2020 Severance Order that are not contained in the original clerk's record. The supplemental clerk's record must be filed *within ten (10) days* from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court